ORIGINAL

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
MAY 20 2005
9:15am
Betty A. Griess, Clerk
Cheyenne

STEVEN K. SHARPE
Assistant United States Attorney
District of Wyoming
P. O. Box 668
Cheyenne, Wyoming 82003-0668
Telephone: 307-772-2124
Facsimile: 307-772-2907

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 03-CR-251-1B |
| | ) | |
| v. | ) | |
| | ) | |
| **JAMES EDWARD CUMMINGS,** | ) | |
| | ) | |
| Defendant. | ) | |

**SATISFACTION OF JUDGMENT AS TO MONETARY IMPOSITION**

The assessment, fine, and/or restitution to the Government imposed by the Court in the above-entitled action, having been paid or otherwise settled, the Clerk of the Court is hereby authorized and empowered to satisfy the Judgment as to the monetary imposition(s) only.

**DATED** this 17th day of May, 2005.

MATTHEW H. MEAD
United States Attorney

BY: ______________________
STEVEN K. SHARPE
Assistant United States Attorney