PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*

1089 1:03CR-00251-01B

DOCKET NUMBER *(Rec. Court)*

08-30020-PA

| NAME AND ADDRESS OF PROBATION | DISTRICT | DIVISION |
|---|---|---|
| James Ed ward CUMMINGS | WYOMING | U.S. PROBATION OFFICE |

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
MAY 22 2008
Stephan Harris, Clerk
Cheyenne

NAME OF SENTENCING JUDGE

CLARENCE A. BRIMMER, U.S. DISTRICT JUDGE

| DATES OF SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | June 22, 2007 | June 21, 2010 |

OFFENSE

POSSESSION OF A DESTRUCTIVE DEVICE NOT REGISTERED IN THE NATIONAL FIREARMS REGISTRATION AND TRANSFER RECORD [26 U.S.C. §§ 5861(c) and 5871]

## PART 1 - ORDER TRANSFERRING JURISDICTION

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF OREGON upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3-18-07
Date

Clarence A. Brimmer
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

4/10/08
Effective Date

Owen M Panner
United States District Judge